IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:14-cv-06245

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Jill Crawford

2. Plaintiff's Spouse (if applicable)

    Philip Crawford

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Alabama

5. District Court and Division in which venue would be proper absent direct filing.

    U.S. District Court Northern District of Alabama, Northeastern Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☑   A. Ethicon, Inc.

    ☐   B. Ethicon, LLC

Revised: 11/6/13

- ☑ C. Johnson & Johnson
- ☐ D. American Medical Systems, Inc. ("AMS")
- ☐ E. Boston Scientific Corporation
- ☐ F. C. R. Bard, Inc. ("Bard")
- ☐ G. Sofradim Production SAS ("Sofradim")
- ☐ H. Tissue Science Laboratories Limited ("TSL")
- ☐ I. Mentor Worldwide LLC
- ☐ J. Coloplast Corp.
- ☐ K. Cook Incorporated
- ☐ L. Cook Biotech, Inc.
- ☐ M. Cook Medical, Inc.

7. Basis of Jurisdiction

- ☑ Diversity of Citizenship
- ☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9, 10 and 11

B. Other allegations of jurisdiction and venue:

Pursuant to 28 U.S.C. section 1407, the Judicial Panel on Multi-District Litigation created MDL 2327 to be presided over by this Court. This matter properly falls within the jurisdiction of MDL 2327.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [ ] Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo

3

☐   Other

_____
_____

10. Date of Implantation as to Each Product:

   May 8, 2009
   _____
   _____
   _____

11. Hospital(s) where Plaintiff was implanted (including City and State):

   Crestwood Medical Center

   Huntsville, AL

12. Implanting Surgeon(s):

   Stephen G. Tygart, MD
   _____

13. Counts in the Master Complaint brought by Plaintiff(s):

   ☑   Count I – Negligence
   ☑   Count II – Strict Liability – Manufacturing Defect
   ☑   Count III – Strict Liability – Failure to Warn
   ☑   Count IV – Strict Liability – Defective Product
   ☑   Count V – Strict Liability – Design Defect
   ☑   Count VI – Common Law Fraud
   ☑   Count VII – Fraudulent Concealment
   ☐   Count VIII – Constructive Fraud

4

☑ Count IX – Negligent Misrepresentation

☐ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☐ Count XIII – Violation of Consumer Protection Laws

☐ Count XIV – Gross Negligence

☐ Count XV – Unjust Enrichment

☑ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

s/ /s/ J. Gerard Stranch, IV
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

BRANSTETTER, STRANCH &
JENNINGS, PLLC
J. Gerard Stranch, IV (TN # 023045)
gerards@branstetterlaw.com
227 Second Avenue North
4th Floor
Nashville, TN 37201
Tel: (615) 254-8801
Fax: (615) 250-3937

DOYLE LOWTHER LLP
William J. Doyle II (CA #188069)
bill@doylelowther.com
Chris W. Cantrell (AL #ASB-1500-R80C)
ccantrell@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel: (858) 935-9960
Fax: (858) 939-1939

5